IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK E. ACIERNO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 93-579-SLR ) |
| NEW CASTLE COUNTY, | ) ) |
| Defendant. | ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns plaintiff's trial exhibits from the bench trial commencing March 21, 1996, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

_____
For Charles M. Oberly, III., Esq.

Date:    March 2, 2005

Returned by: _____, Deputy Clerk