IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **FRANK E. ACIERNO,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) C.A. No. 93-579-SLR |
| | ) |
| **NEW CASTLE COUNTY,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

Plaintiff's Motion for Return of Funds being duly considered,

IT IS HEREBY ORDERED as follows:

That the Court's registry return the sum of $1,292.77 to Plaintiff, Frank E. Acierno. Said sum shall be directed to Charles M. Oberly, III, counsel for Frank E. Acierno.

SO ORDERED, this _____ day of _____, 2007

_____
United States District Judge