# CERTIFICATE OF SERVICE

I, CHARLES M. OBERLY, III, hereby certify that on this 19th day of June, 2007 a copy of the foregoing Motion for Return of Funds in <u>Frank E. Acierno v. New Castle County</u>, C.A. No. 93-579-SLR was mailed and e-filed to:

>Collins J. Seitz, Jr., Esq., #2237
>Connolly, Bove, Lodge & Hutz, LLP
>1007 North Orange Street
>P. O. Box 2207
>Wilmington, DE 19899

>/s/ Charles M. Oberly, III
>_____
>**CHARLES M. OBERLY, III, ESQ. (ID 743)**
>Oberly, Jennings & Rhodunda, P.A.
>1220 Market Street, Suite 710
>P. O. Box 2054
>Wilmington, DE 19899