## CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Collins J. Seitz, Jr.
TEL        (302) 888-6278
FAX        (302) 255-4278
EMAIL      cseitz@cblh.com
REPLY TO   Wilmington Office

June 21, 2007

**By E-Filing and Hand Delivery**

Dr. Peter T. Dalleo
Clerk, U.S. District Court
844 North King Street
Room 4209
Lock Box 18
Wilmington, DE 19801

Re:    *Frank E. Acierno v. New Castle County*
       **C.A. No. 93-579 SLR**

Dear Dr. Dalleo:

On behalf of New Castle County, I write to advise the Court that New Castle County does not oppose the Motion for Return of Funds filed by plaintiff, Frank E. Acierno, on June 20, 2007.

Respectfully,

Collins J. Seitz, Jr. (#2237)

CJS,Jr./saj
cc:    Donna M. Seningen, Financial Administrator (by hand)
       Charles M. Oberly, III, Esquire (by electronic service)
       (546253)

WILMINGTON, DE                    WASHINGTON, DC                    LOS ANGELES, CA