IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK E. ACIERNO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 93-579-SLR |
| | ) |
| NEW CASTLE COUNTY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff's Motion for Return of Funds being duly considered,

IT IS HEREBY ORDERED as follows:

That the Court's registry return the sum of $1,292.77 to Plaintiff, Frank E. Acierno. Said sum shall be directed to Charles M. Oberly, III, counsel for Frank E. Acierno.

SO ORDERED, this 25th day of June, 2007

_____
United States District Judge