IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACIERNO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 93-579-SLR |
| | ) |
| NEW CASTLE COUNTY, | ) |
| | ) |
| Defendant. | ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns defendant's trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

X _____
For Collins J. Seitz, Jr., Esq.

of Connolly, Bove, Lodge, & Hutz

Date: 7/24/08

Returned by: _____, Deputy Clerk

2008 JUL 24 AM 10:29 FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACIERNO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 93-579-SLR |
| | ) | |
| NEW CASTLE COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

**RETURN OF DEFENDANT'S TRIAL EXHIBITS: LIST**
1. Defendant's Exhibit 1- Board of Adjustment Hearing Exhibits
2. Defendant's Exhibit 2- Letter from Robert v. Wistil Jr. to New Castle County Board of Adjustment.