IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACIERNO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 93-579-SLR |
| | ) |
| NEW CASTLE COUNTY, | ) |
| | ) |
| Defendant. | ) |

**RETURN OF TRIAL EXHIBITS**

The Clerk of Court hereby returns plaintiff's trial exhibits, as listed on the attached Exhibit and Witness List, to counsel or his representative.

**Receipt of the exhibits is acknowledged by:**

X _____
For Charles Oberly III, Esq.

of WolfBlock LLP

Date: 7/29/08

Returned by: _____, Deputy Clerk